ACCEPTED
04-15-00677-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/4/2015 11:41:01 AM
KEITH HOTTLE
CLERK

NO. 04-15-00677-CV

\* \* \*

IN THE COURT OF APPEALS
FOURTH DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/4/2015 11:41:01 AM
KEITH E. HOTTLE
Clerk

\* \* \*

HELEN A. MZYK, KARNES S4 MINERALS, L.P.,
AND KARNES S4 MANAGEMENT, L.L.C.,

Appellants

V.

MURPHY EXPLORATION & PRODUCTION COMPANY—USA,

Appellee

\* \* \*

**APPELLANTS' UNOPPOSED MOTION TO EXTEND DEADLINE
FOR RESPONSE TO SHOW-CAUSE ORDER**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellants, Helen A. Mzyk, Karnes S4 Minerals, L.P. and Karnes S4 Management, L.L.C. ("Mzyk"), respectfully present this Unopposed Motion to Extend Deadline for Response to Show-Cause Order. Mzyk requests the Court to extend their deadline for filing a response by 13 days, from December 17 to December 30, 2015, for the following reasons:

**I.**

On December 2, 2015, the Court issued its Order requiring Mzyk to show cause why this appeal should not be dismissed for want of jurisdiction. The Court ordered Mzyk to file their response to the show-cause order by December 17, 2015.

**II.**

I am lead appellate counsel for Mzyk. I will be solely responsible for preparing Mzyk's response to the show-cause order. However, I am currently out of the county and will not return to the USA until December 21, 2015. [Please see accompanying letter filed on August 31, 2015 in No. 04-14-00905-CV; *Escondido Resources II, LLC v. Justapor Ranch Company, L.C.*].

**III.**

I believe I can explain, to the Court's satisfaction, that all issues and parties have been finally resolved in this case and, therefore, the Court has jurisdiction over this appeal. Because I am out of the country, however, I lack access to much of the research/support materials needed to prepare a response that will succinctly address the jurisdictional issue raised by the Court. In addition, in the days immediately following my return to the USA, we have the Christmas holidays and I've already informed my one-person staff (office manager/paralegal/secretary/proofreader) that she has off from December 22

through December 27, and she has made plans with her family. Consequently, she will be largely unavailable to assist with the response to the Court's show-cause order until December 28, 2015.

## IV.

This Motion is unopposed. I contacted counsel for Appellee who has advised me that Appellee does not oppose this requested extension.

## Prayer

Appellants, Helen A. Mzyk, Karnes S4 Minerals, L.P. and Karnes S4 Management, L.L.C., respectfully request the Court to grant this Motion in its entirety; extend Appellants' deadline for filing a response to the Court's show-cause order by 13 days, from December 17 to December 30, 2015; and award them such other and further relief to which they are just entitled.

Respectfully submitted,

David P. Strolle, Jr.
State Bar No. 19408700
Granstaff, Gaedke & Edgmon, P.C.
5535 Fredericksburg Road, Suite 110
San Antonio, Texas 78229
Telephone: (210) 348-6600, Ext. 203
Facsimile: (210) 366-0892
Email: dstrolle@caglaw.net

Timothy Patton, P.C.
14546 Brook Hollow Blvd. #279
San Antonio, Texas 78232
Telephone: (210) 832-0070
Facsimile: (210) 579-1665

Email: tpatton@tp-pc.com


By:  /s/    Timothy Patton
     Timothy Patton
     State Bar No. 15633800

ATTORNEYS FOR APPELLANTS


## Certificate of Service

I hereby certify that on December 4, 2015, I electronically filed the foregoing Appellants' Unopposed Motion to Extend Deadline for Response to Show-Cause Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Appellee, Murphy Exploration & Production Company—USA:

Baker Botts LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
Telephone: (713) 229-1720
Facsimile:  (713) 229-1721
Email: Macey.Stokes@bakerbotts.com
Email: jason.newman@bakerbotts.com
Email: justin.lipe@bakerbotts.com
Email: meghan.mcelvy@bakerbotts.com


                              /s/    Timothy Patton
                              Timothy Patton

ACCEPTED
04-14-00905-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/31/2015 1:57:06 PM
KEITH HOTTLE
CLERK

# Timothy Patton, P.C.
## ATTORNEY AT LAW

14546 BROOK HOLLOW #279
SAN ANTONIO, TEXAS 78232
TELEPHONE: (210) 832-0070
FACSIMILE: (210) 579-1665

August 31, 2015

Board Certified
Civil Appellate Law
Texas Board of
Legal Specialization

**<u>Via E-File</u>**

Mr. Keith E. Hottle
Clerk, Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

      Re:    No. 04-14-00905-CV
               Escondido Resources II, LLC v.
               Justapor Ranch Company, L.C.

Dear Mr. Hottle:

I am lead appellate counsel for the Appellee, Justapor Ranch Company, L.C., in the above-referenced appeal.

According to the Court's online records, this appeal is ready to be set for submission.

I would appreciate it if you would advise the Court that I will be out of the country from November 13 through December 21, 2015. This is a long-planned trip involving principally business matters (where I don't control scheduling) and some vacation. I cannot cancel this trip without risking potentially adverse business consequences and incurring significant financial penalties.

If the Court determines that this appeal is appropriate for oral submission, I would very much appreciate oral argument not being scheduled during the above dates or immediately after the return date.

Thank you for your assistance.

               Respectfully submitted,

      /s/    Timothy Patton
          Timothy Patton
          State Bar No. 15633800
          tpatton@tp-pc.com

cc:     Mr. James P. Keenan (via e-service)
cc:     Mr. J. Robin Lindley (via e-service)
cc:     Mr. Robert Dubose (via e-service)
cc:     Mr. Wallace B. Jefferson (via e-service)
cc:     Ms. Rachel A. Ekery (via e-service)
cc:     Ms. Kirsten Castaneda (via e-service)